**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1298**

---

JAMES R. KIRBY; CHARLES ANDERSON; WALTER AYERS; GARY D. BAILEY; DAVID BELL; PAUL BLAIR; CHARLES J. CORNELIUS; DALE F. CRISP; WILLIAM N. CRUMP; GARY D. DEAL; ERIC M. FRYE; JOIE FULBRIGHT; DAVID GOODSON; DELANE GREER; TONY HEWITT; DANNY HOLDEN, Deputy; KENNETH D. HOYLE; LOUIE HULL; RICKY HUSS; FRANK ISENHOUR; SAMMY KISER; JOHN M. LACKEY; TEDDY M. LANE; EDDIE W. LAWING; JOHN D. LEDFORD; WILLIAM A. LINBERGER; THOMAS M. LITTLE; DANNY MAHAFFEY; GARY MATTHEWS; JERRY F. MILLER; HOWARD W. MOOSE; HARVEY MORRISON; MELVIN R. NORTON; LEWIS A. PHILLIPS; J. P. POWELL; GARY RICHARDSON; DENNIS ROBINSON; STEPHEN V. SEALE; JACOB SHUFORD; RANDALL SIPE; LEONARD STATON; DANIEL STYLES; SELMER TAYLOR; JERRY W. TEAGUE; PHILLIP J. TEASTER; THOMAS THORNBURG; CARL M. WARREN; KERRY G. WHITE; WILLIAM R. WHITMIRE; DAVID A. WILFONG; GLENN R. WILFONG, JR.; DAVID A. WILLIAMS; WINSTON YODER, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellants,

versus

GENERAL ELECTRIC COMPANY,

Defendant - Appellee,

and

INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL, SALARIED, MACHINE, AND FURNITURE WORKERS (AFL-CIO),

Defendant.

---

**No. 01-1018**

---

JAMES R. KIRBY; CHARLES ANDERSON; WALTER
AYERS; GARY D. BAILEY; DAVID BELL; PAUL BLAIR;
CHARLES J. CORNELIUS; DALE F. CRISP; WILLIAM
N. CRUMP; GARY D. DEAL; ERIC M. FRYE; JOIE
FULBRIGHT; DAVID GOODSON; DELANE GREER; TONY
HEWITT; DANNY HOLDEN, Deputy; KENNETH D.
HOYLE; LOUIE HULL; RICKY HUSS; FRANK ISENHOUR;
SAMMY KISER; JOHN M. LACKEY; TEDDY M. LANE;
EDDIE W. LAWING; JOHN D. LEDFORD; WILLIAM A.
LINBERGER; THOMAS M. LITTLE; DANNY MAHAFFEY;
GARY MATTHEWS; JERRY F. MILLER; HOWARD W.
MOOSE; HARVEY MORRISON; MELVIN R. NORTON;
LEWIS A. PHILLIPS; J. P. POWELL; GARY
RICHARDSON; DENNIS ROBINSON; STEPHEN V. SEALE;
JACOB SHUFORD; RANDALL SIPE; LEONARD STATON;
DANIEL STYLES; SELMER TAYLOR; JERRY W. TEAGUE;
PHILLIP J. TEASTER; THOMAS THORNBURG; CARL M.
WARREN; KERRY G. WHITE; WILLIAM R. WHITMIRE;
DAVID A. WILFONG; GLENN R. WILFONG, JR.; DAVID
A. WILLIAMS; WINSTON YODER, on behalf of
themselves and all others similarly situated,

                              Plaintiffs - Appellants,

        versus

GENERAL ELECTRIC COMPANY,

                              Defendant - Appellee,

        and

INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL,
SALARIED, MACHINE, AND FURNITURE WORKERS
(AFL-CIO),

                              Defendant.

2

JAMES R. KIRBY; CHARLES ANDERSON; WALTER
AYERS; GARY D. BAILEY; DAVID BELL; PAUL BLAIR;
CHARLES J. CORNELIUS; DALE F. CRISP; WILLIAM
N. CRUMP; GARY D. DEAL; ERIC M. FRYE; JOIE
FULBRIGHT; DAVID GOODSON; DELANE GREER; TONY
HEWITT; DANNY HOLDEN, Deputy; KENNETH D.
HOYLE; LOUIE HULL; RICKY HUSS; FRANK ISENHOUR;
SAMMY KISER; JOHN M. LACKEY; TEDDY M. LANE;
EDDIE W. LAWING; JOHN D. LEDFORD; WILLIAM A.
LINBERGER; THOMAS M. LITTLE; DANNY MAHAFFEY;
GARY MATTHEWS; JERRY F. MILLER; HOWARD W.
MOOSE; HARVEY MORRISON; MELVIN R. NORTON;
LEWIS A. PHILLIPS; J. P. POWELL; GARY
RICHARDSON; DENNIS ROBINSON; STEPHEN V. SEALE;
JACOB SHUFORD; RANDALL SIPE; LEONARD STATON;
DANIEL STYLES; SELMER TAYLOR; JERRY W. TEAGUE;
PHILLIP J. TEASTER; THOMAS THORNBURG; CARL M.
WARREN; KERRY G. WHITE; WILLIAM R. WHITMIRE;
DAVID A. WILFONG; GLENN R. WILFONG, JR.; DAVID
A. WILLIAMS; WINSTON YODER, on behalf of
themselves and all others similarly situated,

                                Plaintiffs - Appellants,

        versus

GENERAL ELECTRIC COMPANY,

                                Defendant - Appellee,

        and

INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL,
SALARIED, MACHINE, AND FURNITURE WORKERS
(AFL-CIO),

                                Defendant.

3

JAMES R. KIRBY; CHARLES ANDERSON; WALTER AYERS; GARY D. BAILEY; DAVID BELL; PAUL BLAIR; CHARLES J. CORNELIUS; DALE F. CRISP; WILLIAM N. CRUMP; GARY D. DEAL; ERIC M. FRYE; JOIE FULBRIGHT; DAVID GOODSON; DELANE GREER; TONY HEWITT; DANNY HOLDEN, Deputy; KENNETH D. HOYLE; LOUIE HULL; RICKY HUSS; FRANK ISENHOUR; SAMMY KISER; JOHN M. LACKEY; TEDDY M. LANE; EDDIE W. LAWING; JOHN D. LEDFORD; WILLIAM A. LINBERGER; THOMAS M. LITTLE; DANNY MAHAFFEY; GARY MATTHEWS; JERRY F. MILLER; HOWARD W. MOOSE; HARVEY MORRISON; MELVIN R. NORTON; LEWIS A. PHILLIPS; J. P. POWELL; GARY RICHARDSON; DENNIS ROBINSON; STEPHEN V. SEALE; JACOB SHUFORD; RANDALL SIPE; LEONARD STATON; DANIEL STYLES; SELMER TAYLOR; JERRY W. TEAGUE; PHILLIP J. TEASTER; THOMAS THORNBURG; CARL M. WARREN; KERRY G. WHITE; WILLIAM R. WHITMIRE; DAVID A. WILFONG; GLENN R. WILFONG, JR.; DAVID A. WILLIAMS; WINSTON YODER, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellants,

versus

GENERAL ELECTRIC COMPANY,

Defendant - Appellee,

and

INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL, SALARIED, MACHINE, AND FURNITURE WORKERS (AFL-CIO),

Defendant.

4

JAMES R. KIRBY; CHARLES ANDERSON; WALTER AYERS; GARY D. BAILEY; DAVID BELL; PAUL BLAIR; CHARLES J. CORNELIUS; DALE F. CRISP; WILLIAM N. CRUMP; GARY D. DEAL; ERIC M. FRYE; JOIE FULBRIGHT; DAVID GOODSON; DELANE GREER; TONY HEWITT; DANNY HOLDEN, Deputy; KENNETH D. HOYLE; LOUIE HULL; RICKY HUSS; FRANK ISENHOUR; SAMMY KISER; JOHN M. LACKEY; TEDDY M. LANE; EDDIE W. LAWING; JOHN D. LEDFORD; WILLIAM A. LINBERGER; THOMAS M. LITTLE; DANNY MAHAFFEY; GARY MATTHEWS; JERRY F. MILLER; HOWARD W. MOOSE; HARVEY MORRISON; MELVIN R. NORTON; LEWIS A. PHILLIPS; J. P. POWELL; GARY RICHARDSON; DENNIS ROBINSON; STEPHEN V. SEALE; JACOB SHUFORD; RANDALL SIPE; LEONARD STATON; DANIEL STYLES; SELMER TAYLOR; JERRY W. TEAGUE; PHILLIP J. TEASTER; THOMAS THORNBURG; CARL M. WARREN; KERRY G. WHITE; WILLIAM R. WHITMIRE; DAVID A. WILFONG; GLENN R. WILFONG, JR.; DAVID A. WILLIAMS; WINSTON YODER, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellants,

versus

GENERAL ELECTRIC COMPANY,

Defendant - Appellee,

and

INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL, SALARIED, MACHINE, AND FURNITURE WORKERS (AFL-CIO),

Defendant.

5

Appeals from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CA-98-70-5-V)

Submitted: July 10, 2001            Decided: October 9, 2001

Before WILKINS and MICHAEL, Circuit Judges, and Irene M. KEELEY, Chief United States District Judge for the Northern District of West Virginia, sitting by designation.

Affirmed by unpublished per curiam opinion.

Phyllis A. Palmieri, PALMIERI & ASSOCIATES, Morganton, North Carolina, for Appellants. Michael L. Banks, Richard G. Rosenblatt, Thomas Benjamin Huggett, MORGAN, LEWIS & BOCKIUS, L.L.P., Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, the Appellants appeal a district court judgment adopting a magistrate judge's memorandum and recommendation and dismissing their complaint. The Appellants further appeal the district court's order denying a motion filed under Rule 60(b) of the Federal Rules of Appellate Procedure and other orders concerning sanctions. We have reviewed the record and the district court orders and affirm on the reasoning of the district court. See <u>Kirby v. General Elec. Co.</u>, No. CA-98-70-5-V (W.D.N.C. Feb. 9, 2000; Dec. 9, 2000; Feb. 7, 2001; Feb. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

<u>AFFIRMED</u>